FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | M 13-01747 |
| Ralph Allen Jackson, Jr. DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __7/3/13__, at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20, 312 N. Spring St., LA, CA 90012__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __6/28/13__

_____
U.S. District Judge/Magistrate Judge